# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES MURRAY and NINA MURRAY,

    Plaintiff,

v.

DOWNS RACING, LP, t/d/b/a
MOHEGAN SUN AT POCONO DOWNS,
and MOHEGAN COMMERCIAL
VENTURES, PA, LLC

    Defendants.

3:19-CV-228
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 12th DAY OF JULY, 2021**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion in Limine to Preclude Evidence of Mr. Murray's Drinking and/or Intoxication (Doc. 43) is **GRANTED IN PART AND RESERVED IN PART** as follows:

    a. Plaintiffs' request that any character or opinion evidence related to Mr. Murray's "drinking proclivities" be excluded is **GRANTED**.

    b. The Motion is **RESERVED UNTIL TIME OF TRIAL** in all other respects.

2. Plaintiffs' Motion in Limine to Preclude Improper Lay Witness Testimony (Doc. 45) is **RESERVED UNTIL TIME OF TRIAL**.

3. Plaintiffs' Motion in Limine to Preclude Testimony or Other Evidence Describing the Contents of the Surveillance Tape in Breakers Bar (Doc. 47) is **RESERVED UNTIL TIME OF TRIAL**.

                                                                Robert D. Mariani
                                                                 United States District Judge